B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
# Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Francisco Gutierrez Ponce
aka Francisco Ponce

**BANKRUPTCY NO.**  2:09–bk–43412–AA

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–3723
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 4/12/10

**Address:**
2524 E 1st St
Los Angeles, CA 90033

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: April 12, 2010

**Kathleen J. Campbell**
Clerk of the Court

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: vmoodyC          Page 1 of 1          Date Rcvd: Apr 12, 2010
Case: 09-43412               Form ID: b18            Total Noticed: 21

The following entities were noticed by first class mail on Apr 14, 2010.
db           +Francisco Gutierrez Ponce,   2524 E 1st St,   Los Angeles, CA 90033-3504
aty          +Leroy Bishop Austin,   3250 Wilshire Blvd Ste 1500,   Los Angeles, CA 90010-1608
tr           +David L Hahn,   Hahn Fife & Co., LLP,   22342 Avenida Empresa, Suite 260,
              Rancho Santa Margarita, CA 92688-2141
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA  94280-0001
smg           Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
25142529     +Ballys Health & Tennis,   7755 Center Ave,,   Ste 400,   Huntington Beach, CA 92647-9114
25142530     +Citi,   PO BOX 6286,   Sioux Falls, SD 57117-6286
25142531     +City Of Monterrey Park,   Parking Enforcement Center,   PO BOX 57025,   Irvine, CA 92619-7025
25142532     +Directv,   PO BOX 54000,   Los Angeles, CA 90054-1000
25142533     +Equifax Credit Information,   Bankruptcy Notification,   PO BOX 740241,   Atlanta, GA 30374-0241
25142534     +Experian,   Bankruptcy Notification,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
25142538    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: PORTFOLIO RECOVERY,   120 CORPORATE BLVD,   STE 1,
              Norfolk, VA 23502)
25142536     +Pacific Creditors Association,   1799 Portola Ave,,   Suite 4B,   Livermore, CA 94551-7947
25142537      Pan American Bank,   3626 Florida,   Huntington Beach, CA 92646
25142539     +Receivables Performance Management,   20816 44th Ave,   Lynnwood, WA 98036-7744
25142541     +Trans Union Credit Bureau,   Bankruptcy Notification,   PO BOX 2000,   Chester, PA 19016-2000
25142542     +Universal Recovery Corporation,   P.O. BOX 3003,   Rancho Cordova, CA 95741-3003

The following entities were noticed by electronic transmission on Apr 13, 2010.
tr           +EDI: QDLHAHN.COM Apr 12 2010 21:33:00     David L Hahn,   Hahn Fife & Co., LLP,
              22342 Avenida Empresa, Suite 260,   Rancho Santa Margarita, CA 92688-2141
smg           EDI: CALTAX.COM Apr 12 2010 21:33:00     Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
              Sacramento, CA  95812-2952
25142535     +EDI: HFC.COM Apr 12 2010 21:33:00     HSBC Bank,   PO BOX 5253,   Carol Stream, IL 60197-5253
25142540     +EDI: WTRRNBANK.COM Apr 12 2010 21:33:00     TARGET NATIONAL BANK,   PO BOX 59317,
              Minneapolis, MN 55459-0317
                                                                                      TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2010**                    **Signature:**    _Joseph Speetjens_